NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OBXTEK INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

**SALIENT CRGT, INC.,**

*Defendant*

---

2018-2119

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-01849-EJD, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

MICHELLE ERIN LITTEKEN, PilieroMazza PLLC, Washington, DC, argued for plaintiff-appellant.

WILLIAM JAMES GRIMALDI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSEPH H. HUNT, ROBERT EDWARD

KIRSCHMAN, JR., DOUGLAS K. MICKLE; CHARLES McCARTHY, Office of Regional Counsel, United States General Services Administration, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 23, 2019  /s/ Peter R. Marksteiner  
Date  Peter R. Marksteiner  
Clerk of Court